
JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| James Michael Paul,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:20-cv-00149-BAM<br><br>STIPULATION AND<br>ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 20, 2020 to August 19, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S CONFIDENTIAL LETTER BRIEF.  Defendant shall serve on Plaintiff any response thereto on or before September 18, 2020.  All other dates in the Court's Scheduling Order shall be extended accordingly.

      This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant  does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 9, 2020  PENA & BROMBERG, ATTORNEYS AT LAW
By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: July 10, 2020  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  *\*/s/ Sharon Lahey*
Sharon Lahey
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on 7/10/2020)

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to serve his Confidential Letter Brief is GRANTED. Plaintiff shall serve his Confidential Letter Brief on or before August 19, 2020. Defendant shall serve any response to the brief on or before September 18, 2020. All other dates in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **July 14, 2020**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2