McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES MICHAEL PAUL,<br><br>     Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>   Commissioner Of Social Security,<br><br>     Defendant. | Case No. 1:20-cv-00149-BAM<br><br>**STIPULATION AND ORDER FOR REMAND TO AGENCY PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR** |

IT IS HEREBY STIPULATED, by and between James Michael Paul (Plaintiff) and Andrew Saul, Commissioner Of Social Security (Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the evidence of record.

/ / / /

/ / / /

/ / / /

STIPULATION & PROPOSED ORDER            1            CASE NO. 1:20-cv-00149-BAM

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: December 18, 2020                Respectfully submitted,

PEÑA & BROMBERG, PLC

By: /s/ *Jonathan O. Peña* *
JONATHAN O. PEÑA
(*Authorized by e-mail on December 18, 2020)
Attorneys for Plaintiff

Date: December 18, 2020                McGREGOR W. SCOTT
United States Attorney

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

### **ORDER**

Based upon the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **December 21, 2020**                /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE